Helen Greenberg, Respondent, v. The City of New York, Appellant, Impleaded with Another, Defendant.— The order granting at plaintiff's instance an examination of an employee of defendant, The City of New York, is reversed with ten dollars costs and disbursements, and plaintiff's motion denied, with ten dollars costs. (See *Davidson* v. *City of New York*, 221 N. Y. 487; *Bush Terminal Co.* v. *City of New York*, 259 id. ——, March 30, 1932.) Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Joseph E. Levine, Respondent, v. Maurice S. Benjamin and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Willy Rieser, Respondent, v. Campbell, Peterson and Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Nathan Hankin, Appellant, v. George Schwartz, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Isadore B. Geller and Another, Plaintiffs, and Ernest W. Bradbury, Receiver, Respondent, v. Flamount Realty Corporation and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Norman T. Bolles, Appellant, for a Peremptory Mandamus Order to the Corporation Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John R. Lazenby, Respondent, v. Henry P. Wood, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

George Rosenberg and Irving Rosenberg, Respondents, v. Maria A. Castellano and Maria B. Falletta, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Nathan Davidowitz, Appellant, v. Adolph Wittman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Moe Hyman, Appellant, v. Henry I. Siegel, Doing Business, etc., Respondent. — Order modified to the extent of granting a stay and setting a new date for examination before trial, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Evelyn Lacey Davis, Respondent, v. Robert H. Davis, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy Martin and Sherman, JJ.